## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

MICHAEL S. CHANEY,

      Petitioner,

   -vs-

UNITED STATES OF AMERICA,

      Respondent.                    No. 15-cv-461-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on September 17, 2015 (Doc. 5), Petitioner's claims are **DISMISSED** with prejudice. Further, the Court declines to issue a certificate of appealability.

                                 JUSTINE FLANAGAN,
                                 ACTING CLERK OF COURT


                               **BY:**  **s/*Caitlin Fischer***
                                      **Deputy Clerk**

Dated: September 17, 2015

Digitally signed by
David R. Herndon
Date: 2015.09.17
09:42:09 -05'00'

APPROVED:
     U.S. DISTRICT JUDGE
     U. S. DISTRICT COURT